UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

CROSBY CAPITAL USA, LLC,

                                      Plaintiff,

       - against -

AMGUARD INSURANCE COMPANY, NAVILA ASSET
MANAGEMENT INC., MIZANUR RHAMAN,

                                   Defendants.

20-cv-05990-WFK-VSB

-------------------------------------------------------------------x

MIZANUR RHAMAN and NAVILA ASSET
MANAGEMENT INC.,

                           Third-Party Plaintiffs,

       - against -

K.S. BILLING & ASSOCIATES INC.,

                           Third-Party Defendant.

-------------------------------------------------------------------x

## STIPULATION OF DISMISSAL OF THIRD-PARTY ACTION WITH PREJUDICE

Pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, defendant/third-party plaintiffs Mizanur Rhaman and Navila Asset Management Inc. ("Third-Party Plaintiffs"), third-party defendant K.S. Billing & Associates Inc. ("Third-Party Defendant"), plaintiff Crosby Capital USA LLC and defendant/third-party defendant AmGuard Insurance Company, by their respective undersigned counsel, hereby stipulate to the dismissal of the third-party action only by the Third-Party Plaintiffs against the Third-Party Defendant with prejudice and without costs or fees to any party.

[Signature blocks to immediately follow on next page]

12

Dated: New York, New York
       September 30, 2021

ROSS & ASMAR. LLC


By: _____
       Steven B. Ross
499 Seventh Avenue, 23rd Floor
New York, New York 10018
(212) 736-4202
*Attorneys for Third-Party Plaintiffs*


ABRAMS GARFINKEL
MARGOLIS BERGSON, LLP


By: *Robert J. Bergson*
       Robert J. Bergson
1430 Broadway, 17th Floor
New York, New York 10018
(212) 201-1175
*Attorneys for Third-Party Defendant*


LAZARE POTTER GIACOVAS &
MOYLE LLP


By: _____
       Yale Glazer
747 Third Avenue, 16th Floor
New York, New York 10017
(212) 758-9300
*Attorneys for Defendant AmGuard Insurance*


HASBANI & LIGHT, P.C.


By: */s/ Seth D. Weinberg*
       ~~Danielle P. Light~~   *Seth D. Weinberg*
450 Seventh Avenue, Suite 1408
New York, New York 10123
(212) 643-6677
*Attorneys for Plaintiff*


13