**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
CROSBY CAPITAL USA, LLC,

         Plaintiff,

                 Civil Action No. 20-CV-5990

-against-

                 **MOTION TO WITHDRAW AS**
AMGUARD INSURANCE COMPANY, *et al.*,  **COUNSEL**

         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    Attorney Eric Dawson, individually and not on behalf of Ross & Asmar LLC, respectfully moves the Court for leave to withdraw as counsel for Navila Asset Management Inc. and Mizanur Rhaman in this action. In support of this motion, Mr. Dawson states as follows: (1) Mr. Dawson's last day with Ross & Asmar LLC will be July 15, 2022; and (2) Representation in this action will be uninterrupted as Ross & Asmar LLC, by lead counsel Steven B. Ross, will remain as counsel herein.

Dated: July 12, 2022

                     Respectfully Submitted,

                     */s/ Eric Dawson*
                     Eric Dawson, Esq.
                     Ross & Asmar LLC
                     499 Seventh Avenue
                     23rd Floor South Tower
                     New York, NY 10018
                     (212) 736-4202
                     edawson@rossasmar.com