

Rafi Hasbani, Esq.
450 Seventh Ave, Suite 1408
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

August 2, 2022

**VIA CM/ECF**
Honorable Pamela K Chen
United States District Court, EDNY
225 Cadman Plaza
Brooklyn, NY 11201

  **RE:**  *Crosby Capital USA, LLC v. AmGuard Insurance Company et al.*,
     **Case No.: 1:20-cv-05990-PKC-TAM**
     **Pre-Motion Letter Concerning Plaintiff's Motion for Summary Judgment**

Dear Judge Chen,

  Our office represents Crosby Capital USA, LLC in the above referenced action. This letter confirms that Plaintiff's motion for summary judgment and motion to amend were served via email on August 1, 2022.

  Thank you for your time and attention to this matter.

                Respectfully submitted,

                */s/Rafi Hasbani*
                Rafi Hasbani, Esq.