UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CROSBY CAPITAL USA, LLC,                              JUDGMENT

                Plaintiff,
    v.                                                              20-CV-5990 (PKC) (TAM)

AMGUARD INSURANCE CO., NAVILA ASSET
MANAGEMENT INC., and MIZANUR RHAMAN,

                Defendants.
----------------------------------------------------------------X
NAVILA ASSET MANAGEMENT INC., and
MIZANUR RHAMAN,

                Third Party-Plaintiffs,

    v.

AMGUARD INSURANCE CO.,

                Cross-Claim Defendant.
----------------------------------------------------------------X

        A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 6, 2024, denying Plaintiff's motion to amend; dismissing Plaintiff Crosby Capital USA, LLC's claims against Defendant AmGuard Insurance Company; *sua sponte* dismissing Plaintiff's claims against Defendants Navila Asset Management Inc. and Mizanur Rhaman; dismissing the cross-claims brought by Defendants Navila and Rhaman against Defendant AmGuard; granting summary judgment in favor of Defendant AmGuard; and denying Plaintiff's cross-motion for summary judgment declaring that it is entitled to proceeds from the AmGuard insurance policy and striking Defendant AmGuard's affirmative defenses as moot; it is

        ORDERED and ADJUDGED that Plaintiff's motion to amend is denied; that Plaintiff Crosby Capital USA, LLC's claims against Defendant AmGuard Insurance Company are dismissed; that Plaintiff's claims against Defendants Navila Asset Management Inc. and Mizanur

Rhaman are dismissed; that the cross-claims brought by Defendants Navila and Rhaman against Defendant AmGuard are dismissed; that summary judgment is granted in favor of Defendant AmGuard; and that Plaintiff's cross-motion for summary judgment declaring that it is entitled to proceeds from the AmGuard insurance policy and striking Defendant AmGuard's affirmative defenses is denied as moot.

Dated: Brooklyn, New York
      March 7, 2024

Brenna B. Mahoney
Clerk of Court

By:   <u>/s/Jalitza Poveda</u>
      Deputy Clerk