**HASBANI & LIGHT, P.C.**
Rafi Hasbani, Esq.
*Attorneys for Plaintiff*
450 Seventh Ave, Suite 1408
New York, NY 10123
Tel: (212) 643-6677
Email: rhasbani@hasbanilight.com
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CROSBY CAPITAL USA, LLC

                          Case No.: 1:20-cv-05990-WFK-VMS

               Plaintiff,

         -against-

AMGUARD INSURANCE COMPANY; NAVILA ASSET    **NOTICE OF APPEAL**
MANAGEMENT INC., MIZANUR RHAMAN,
NAVILA ASSET MANAGEMENT INC. AND MIZANUR
RHAMAN,
              Third-party Plaintiffs,

-against-

AMGUARD INSURANCE COMPANY AND K.S.
BILLING & ASSOCIATES INC.,

              Cross-Claim Defendant and
              Third-Party Defendant..
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **NOTICE** is hereby given that Crosby Capital USA, LLC, the Plaintiff in the above-refenced action, hereby appeals to the United States Court of Appeals for the Second Circuit from an Order by Judge Pamela K. Chen entered in this action on the 7th day of March 2024 denying Plaintiff's motion to amend and motion for summary judgment and granting Defendant AMGUARD INSURANCE COMPANY's motion to for summary judgment.

Dated: New York, New York
      April 1, 2024

                            **HASBANI & LIGHT, P.C.**

                      By:    */s/ Rafi Hasbani*
                              Rafi Hasbani, Esq.

1